D/F

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 1 3 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X
JAMES MCDONALD,

              Plaintiff,

    - against -

MICHAEL J. ASTRUE, Commissioner of
Social Security,

              Defendant.
- - - - - - - - - - - - - - - -X

STIPULATION AND ORDER
REGARDING ATTORNEY FEES

Civil Action
CV-08-3916

(Feuerstein, J.)

IT IS HEREBY STIPULATED AND AGREED by and between

counsel for Plaintiff, JAMES MCDONALD, and counsel for Defendant,

MICHAEL J. ASTRUE, Commissioner of Social Security ("the

Commissioner"), that Plaintiff's counsel is awarded $5500.00 in

attorney fees and expenses pursuant to the EAJA, and $350.00 for

filing fees in full satisfaction of any claim under that statute.

This award under the EAJA is without prejudice to any subsequent

application for fees that counsel may make under 42 U.S.C. §

406(b), which application may not be made unless and until the

Commissioner determines that Plaintiff is entitled to an award of

*Stipulation and Order Regarding Attorney Fees, CV-08-3916, page 2*                    2

benefits and computes any such past-due benefits.

Dated: Shoreham, New York         CHRISTOPHER BOWES, ESQ.
       December    2011            Attorney for Plaintiff
                                   54 Cobblestone Drive
                                   Shoreham, New York 11786


                         By:   *Christopher Bowes*
                               _____
                               CHRISTOPHER BOWES


Dated: Central Islip, New York    LORETTA E. LYNCH
       December /2  2011           United States Attorney
                                   Eastern District of New York
                                   Attorney for Defendant
                                   610 Federal Plaza, 5th Floor
                                   Central Islip, New York 11722

                         By:   _____
                               DIANE LEONARDO BECKMANN (3276)
                               Assistant U.S. Attorney

SO ORDERED:

Dated: Central Islip, New York
       December 13, 2011

   s/ Sandra J. Feuerstein
   _____
   HONORABLE SANDRA J. FEUERSTEIN
   United States District Judge